COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ASHLEY KEMPER CORKERY (301380)
(acorkery@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
MORGAN E. LEWIS (322205)
(melewis@cooley.com)
EVA SPITZEN (354081)
(espitzen@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Plaintiff
ERIC POER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC POER,<br><br>  Plaintiff,<br><br>  v.<br><br>FTI CONSULTING, INC. and FTI, LLC,<br><br>  Defendants. | Case No. 3:24-cv-04725-JSC<br><br>**DECLARATION OF MORGAN E. LEWIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF M. LEWIS
IN SUPPORT OF OPP. TO MTD
CASE NO. CASE NO. 3:24-CV-04725-JSC

I, Morgan E. Lewis, declare as follows:

1. I am over 18 years of age and competent to make this Declaration. I am an attorney at the law firm Cooley LLP and am counsel for Plaintiff Eric Poer in the above-captioned case. This Declaration is based on my personal knowledge and, if called upon as a witness, I could and would testify competently as to the matters recited herein.

2. On September 25, 2024, Judge Spero held a hearing on Defendants' Motion to Dismiss Plaintiff's Complaint and Defendants' Motion for Limited Expedited Discovery in *Westerman v. FTI Consulting*, Case No. 24-cv-04118-JCS. My colleagues at Cooley LLP and I are counsel of record for the plaintiff in *Westerman*.

3. Attached hereto as **Exhibit 1** is a true and correct excerpted copy of the transcript of the September 25, 2024 hearing in *Westerman*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 10th day of October 2024, in San Francisco, California.

                                                  */s/ Morgan E. Lewis*
                                                    Morgan E. Lewis

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF M. LEWIS
IN SUPPORT OF OPP. TO MTD
CASE NO. CASE NO. 3:24-CV-04725-JSC

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5(h)(3), I attest that all signatories to this document concur in its filing.

DATED: October 10, 2024

/s/ *John Hemann*
John Hemann
Attorneys for Plaintiff

Cooley LLP
Attorneys at Law
San Francisco

2

Declaration of M. Lewis
in Support of Opp. to MTD
Case No. Case No. 3:24-cv-04725-JSC