UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC POER,

        Plaintiff,

    v.

FTI CONSULTING, INC., et al.,

        Defendants.

Case No. 24-cv-04725-JSC

**ORDER FOLLOWING APRIL 2, 2025 CASE MANAGEMENT CONFERENCE**

As discussed at the April 2, 2025 further case management conference:

1. The parties are referred to a randomly-assigned magistrate judge (other than Judge Tse) for a settlement conference to occur at a time agreed to by the magistrate judge and the parties.

2. Any discovery disputes alluded to in the March 26, 2025 joint case management conference shall be filed by April 14, 2025. The moving party shall provide his/its portion of the letter to the opposing party by April 9, 2025. The opposing party shall provide his/its responsive portion to the moving party by April 11, 2025. The moving party shall file the letter(s) on the docket by April 14, 2025.

3. The parties shall contact the Court's Courtroom Deputy to schedule a further conference when appropriate.

**IT IS SO ORDERED.**

Dated: April 3, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge