PAUL HASTINGS LLP
ELENA R. BACA (160564)
(elenabaca@paulhastings.com)
CHRIS A. JALIAN (295564)
(chrisjalian@paulhastings.com)
DEISY CASTRO (311816)
(deisycastro@paulhastings.com)
KRISTEN ARABACI (341682)
(kristenarabaci@paulhastings.com)
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone:     213 683 6000
Facsimile:     213 627 0705

ZARA H. SHORE (*admitted pro hac vice*)
zarashore@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 1(202) 551-1700
Facsimile: 1(202) 551-1705

Attorneys for Defendants
FTI CONSULTING, INC. and FTI, LLC

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC POER,<br><br>            Plaintiff,<br><br>       v.<br><br>FTI CONSULTING, INC. and FTI, LLC,<br><br>            Defendants. | Case No. 3:24-cv-04725-JSC<br><br>**JOINT STIPULATION TO RESET PRE-SETTLEMENT CONFERENCE;  ORDER AS MODIFIED** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Eric Poer ("Mr. Poer") and Defendants FTI Consulting, Inc. and FTI, LLC (collectively, "FTI," collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on April 3, 2025, the Court set a Pre-Settlement Conference with the Honorable Magistrate Judge Lisa J. Cisneros for Thursday, April 17, 2025, at 1:30 pm, ECF No. 101;

WHEREAS, on April 15, 2025, counsel for FTI informed counsel for Mr. Poer that due to an unanticipated scheduling conflict, FTI is unable to attend the scheduled Pre-Settlement Conference on April 17, 2025;

WHEREAS, pursuant to ECF No. 101, on April 15 and April 16, 2025, the Parties met and conferred regarding rescheduling of the Pre-Settlement Conference; and

WHEREAS, on April 16, 2025, after being advised of FTI's unanticipated scheduling conflict, Ms. Brittany Nicole Sims, Courtroom Deputy to Judge Cisneros, informed counsel for the Parties that they would need to file a stipulation and proposed order to continue the Pre-Settlement Conference.

NOW, THEREFORE, the Parties, through their respective counsel, stipulate to request an order changing time as follows:

1.    The Pre-Settlement Conference with the Honorable Magistrate Judge Lisa J. Cisneros shall be rescheduled for Thursday, May 15, 2025, at 10:30 a.m.

1    **IT IS SO STIPULATED.**

2

3    Dated: April 16, 2025

4

5    **COOLEY LLP**                           **PAUL HASTINGS LLP**

6

7    By: */s/ Ashley Kemper Corkery*          By:   */s/ Chris A. Jalian*
        JOHN HEMANN (SBN 165823)                ELENA R. BACA (SBN 160564)
8       (jhemann@cooley.com)                    (elenabaca@paulhastings.com)
        ASHLEY KEMPER CORKERY (SBN 301380)      CHRIS A. JALIAN (SBN 295564)
9       (acorkery@cooley.com)                   (chrisjalian@paulhastings.com)
        REECE TREVOR (SBN 316685)               DEISY CASTRO (SBN 311816)
10      (rtrevor@cooley.com)                    (deisycastro@paulhastings.com)
        EVA SPITZEN (SBN 354081)                KRISTEN ARABACI (SBN 341682)
11      (espitzen@cooley.com)                   (kristenarabaci@paulhastings.com)
        3 Embarcadero Center, 20th Floor        515 South Flower Street
12      San Francisco, CA 94111                 Twenty-Fifth Floor
        Telephone: (415) 693-2000               Los Angeles, CA 90071
13      Facsimile: (415) 693-2222               Telephone: (213) 683-6000
                                                Facsimile: (213) 627-0705
14    Attorneys for Plaintiff
      *Eric Poer*                               ZARA H. SHORE (*admitted pro hac vice*)
15                                              (zarashore@paulhastings.com)
                                                2050 M Street NW
16                                              Washington, D.C. 20036
                                                Telephone: 1(202) 551-1700
17                                              Facsimile: 1(202) 551-1705

18                                              Attorneys for Defendants
                                                *FTI Consulting, Inc. and FTI, LLC*
19

20

21

22

23

24

25

26

27

28

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Chris A. Jalian, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of April 2025, in Los Angeles, California.

_/s/ Chris A. Jalian_
Chris A. Jalian

1

**ORDER AS**
**MODIFIED**

2

3    The telephonic pre-settlement conference is continued to May 15, 2025 at 10:30 a.m.

4    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6    Dated: April 17, 2025

7                                                                    _____
                                                                     Hon. Lisa J. Cisneros
8                                                                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28